Exhibit A to the Complaint

**Location:** Berkeley, CA  
**Total Works Infringed:** 74

**IP Address:** 98.248.250.104  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B6FF787D7BBD7EC0209DCE2B13FA5F5AC54192AD | 02/24/2025 17:17:29 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 2 | 273818C84ADBCA41162BBC748F72C8D29C37CD42 | 02/24/2025 07:24:39 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 3 | F0CAAE01ABC6F97F7732EF9FD0635B84A8D0BFF9 | 02/24/2025 06:25:41 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 4 | 99D5305F4A5F5737A0F40F4B30D7904B1F6BB157 | 02/16/2025 07:17:35 | Blacked Raw | 02/15/2025 | 02/18/2025 | PA0002516031 |
| 5 | 4e0a425ccc5ccf294b1b8ed04d7c47969f96a87d | 10/17/2024 00:19:40 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |
| 6 | 9144c13d227e6348a49405925492d696444fcad2 | 10/13/2024 01:14:42 | Blacked | 07/17/2024 | 08/14/2024 | PA0002484871 |
| 7 | 522e9181822f467e2869e95545a31a4fe98990be | 10/11/2024 22:36:11 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 8 | 0d8e285e193e0ec12c4f34d44b52e04cf3d79f42 | 09/22/2024 21:39:35 | Blacked | 02/24/2024 | 03/11/2024 | PA0002459135 |
| 9 | 0446d3a1cacd06bbe6135d01923a70272a3c7b04 | 09/22/2024 20:30:24 | Blacked Raw | 03/25/2024 | 04/11/2024 | PA0002464925 |
| 10 | b892bbfe396395e8b5ecfdbeb4a784c0e530e976 | 09/17/2024 18:49:17 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 11 | 2555f308f7dad2e6a6fbb866680c09401adede2f | 09/15/2024 19:36:01 | Tushy | 07/02/2023 | 07/13/2023 | PA0002420348 |
| 12 | eb41c9fc6022759357d47c1c3798910feaffc982 | 09/14/2024 23:48:06 | Blacked | 04/18/2024 | 05/08/2024 | PA0002470014 |
| 13 | 93d97cecd576030d8d188b2fae3f9c62a2eb5d09 | 09/11/2024 22:39:16 | Vixen | 07/14/2023 | 08/17/2023 | PA0002425769 |
| 14 | 6E4E2170B756110C06BB3D0C7DD160241A7DA852 | 09/11/2024 21:55:31 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 15 | 259c3061a4bd639afa7a99248b6ba5dd05e1630a | 09/10/2024 22:42:26 | TushyRaw | 07/05/2023 | 07/13/2023 | PA0002420347 |
| 16 | 124f513def525daa6f71391274b622ab1e1f3095 | 09/09/2024 04:06:21 | Vixen | 01/06/2023 | 01/27/2023 | PA0002393080 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | e872afb33463f9a968d58ada029a4e6e578c61c8 | 09/09/2024 03:47:55 | Tushy | 06/04/2023 | 06/09/2023 | PA0002415359 |
| 18 | 8e08002767d54771a5eb9a5b2b9f0cbb79713e8b | 09/04/2024 01:23:53 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 19 | b422aac0d776698094bd4681f03800aa5b653f22 | 08/29/2024 04:15:46 | Tushy | 02/19/2023 | 03/06/2023 | PA0002399999 |
| 20 | ea42e1d5885851a9ee4fa5060edb97a2519465ab | 08/26/2024 03:02:24 | Blacked | 07/08/2023 | 07/13/2023 | PA0002420354 |
| 21 | 05808d2dba01a192f5f315629c28208b140f038f | 08/18/2024 22:06:05 | Vixen | 12/15/2023 | 01/16/2024 | PA0002449514 |
| 22 | 2e04ccdd2047a7e57c8f824ee09333f230466d0d | 08/16/2024 23:26:53 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 23 | 32a26651f5055a6b98b2a1e950c64096610a6903 | 08/16/2024 21:28:27 | Tushy | 09/17/2023 | 10/18/2023 | PA0002435347 |
| 24 | 3f7215526c02a4262400568c1871ba3b4afa4ee2 | 08/16/2024 19:51:45 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 25 | 8e4c3ccbc90aaa69a9aad87afef059edfbc21a09 | 08/13/2024 02:36:57 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |
| 26 | 67d08b3d5888f5cfc057c8691ad24c0d8217c0a8 | 06/20/2024 05:35:54 | Blacked Raw | 12/20/2022 | 01/09/2023 | PA0002389608 |
| 27 | eabc0268355e247a4729a73837bc1d1d92d002dc | 06/19/2024 00:47:55 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 28 | c247ac74ecfc1ed0f66aadd14d6458c63bfda705 | 06/10/2024 00:40:28 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 29 | d6c9823e1473d01ba0338a3ed7495f354db3213c | 06/08/2024 22:54:36 | Vixen | 02/17/2023 | 03/08/2023 | PA0002400563 |
| 30 | d9dd30e09c8e92ebd4ed7ed1e1dd404c08eb05ec | 06/02/2024 04:10:59 | Slayed | 05/28/2024 | 09/05/2024 | PA0002491140 |
| 31 | cb8c6c9fcaf4b9df614b67e526f44c1181f8f054 | 06/02/2024 03:36:40 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 32 | 775081f8595c3d13036e693d972ea540dc14227f | 06/01/2024 03:23:18 | Milfy | 03/13/2024 | 06/24/2024 | PA0002477486 |
| 33 | B8BBBE923000275CD5A0A962866949329FBA07F3 | 05/31/2024 22:04:33 | Blacked Raw | 01/02/2019 | 02/02/2019 | PA0002155379 |
| 34 | 061f599128a8f2c105a8db17f0b76bb31a3f6c1c | 05/31/2024 20:39:21 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | c1477dc36385edce3758a9afe9251e98ae4e016e | 05/31/2024 20:25:01 | Blacked Raw | 05/24/2023 | 06/09/2023 | PA0002415389 |
| 36 | B176A77CA53D6E5CA4E2964C689E12ADEBDABF47 | 05/31/2024 01:04:11 | Vixen | 12/16/2022 | 01/10/2023 | PA0002389621 |
| 37 | CAF0DE7AF77B608FF08E726CD4411E094553D9F3 | 05/31/2024 01:00:30 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 38 | b4f414fc50654fd4bd6c683d700efb6b12e48cfc | 05/30/2024 00:33:41 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 39 | 5ff481118d0a3427e17207acdd24faa56dbce201 | 05/29/2024 19:51:22 | Blacked | 02/18/2023 | 04/13/2023 | PA0002407766 |
| 40 | 3D44B094F4EF6F6934D35B4D1B7332879F0C8F71 | 05/28/2024 23:52:18 | Vixen | 05/14/2021 | 06/03/2021 | PA0002299686 |
| 41 | 4A8A2A92575B2A0EF22A90394BA634B92D235323 | 05/28/2024 20:27:47 | Tushy | 11/28/2021 | 02/14/2022 | PA0002335497 |
| 42 | 5488C604A8736D3CFD47E7C9FFC042BE7D6E8973 | 05/28/2024 20:27:22 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 43 | ACCA6EF9B08DB18EBA925626E38B5913BFB7E277 | 05/28/2024 17:22:49 | Tushy | 04/11/2021 | 04/27/2021 | PA0002288948 |
| 44 | BA1D27BEC48432218841F5D1E9E1AAA9323EB647 | 05/28/2024 17:17:14 | TushyRaw | 05/24/2023 | 07/14/2023 | PA0002427448 |
| 45 | C72FE41537E17DD080764E90A7EF1DA0D3E75570 | 05/28/2024 17:00:34 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 46 | 909B496AF4569AA1C6D60555962442F032A1A8F2 | 05/27/2024 20:22:41 | Blacked | 10/08/2022 | 11/01/2022 | PA0002378074 |
| 47 | 3866f44df6c220fe3204a55869d83229dcf19ead | 05/27/2024 20:19:36 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 48 | DEE4EADAEA082046B6D6D3E9D7DF1AF8E3286304 | 05/27/2024 20:01:37 | Blacked Raw | 02/08/2023 | 03/06/2023 | PA0002399990 |
| 49 | 0AEC90FD61429D473ACE512307B3A817704D288B | 05/27/2024 19:55:55 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 50 | 3758535f022989e48b444d7f25f97267fb5a7a69 | 05/19/2024 23:09:24 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 51 | 900d337b7de4c49872f0603d79f1d82f6fd06698 | 05/19/2024 19:22:21 | Blacked | 05/13/2023 | 06/09/2023 | PA0002415384 |
| 52 | 7dddf3fe6c334055911502704cf8a17194ee1351 | 05/19/2024 04:32:31 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 08f94de172d6acc12d3a1706e65e4788327af017 | 05/18/2024 21:52:13 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 54 | 0efd88ed2ba09347a960bead90cb70819bdc8262 | 05/17/2024 21:08:16 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |
| 55 | EC39AE8C10AEE03E3EC75C82FEC151559F569111 | 05/05/2024 23:44:12 | Blacked Raw | 04/15/2024 | 05/08/2024 | PA0002469676 |
| 56 | 7da94e709e8b3e75daed213527dc779badb6b73f | 05/05/2024 23:15:32 | Blacked | 02/10/2024 | 03/11/2024 | PA0002459130 |
| 57 | 259e005320ef31c1c80c45765ec9e12d7a1c6521 | 04/27/2024 04:31:36 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 58 | 79a38d37e94f587bffa4fe435afb225d5e2c01ec | 04/06/2024 06:24:51 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 59 | 2ff9a307bdc4949aead0b8670edd208a19f0d247 | 03/27/2024 04:37:37 | Vixen | 04/21/2023 | 05/15/2023 | PA0002411310 |
| 60 | 687bf229f885de53efcbbd498806cfe0b189e9db | 03/25/2024 21:32:33 | Blacked | 04/01/2023 | 04/07/2023 | PA0002405761 |
| 61 | 75174762ba7b6c13bb04770960a9569630edd416 | 03/22/2024 04:04:25 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 62 | 92697a33334846dcc2b6d3a952302abb3233c04d | 03/15/2024 01:35:27 | Blacked | 06/03/2023 | 06/09/2023 | PA0002415360 |
| 63 | daf1ca98caa49c3955259328c5ab00b2b84cbb60 | 03/10/2024 17:00:34 | TushyRaw | 05/31/2023 | 07/14/2023 | PA0002427524 |
| 64 | 43230293e06a0c61d33e699f66138d48fda0b5b4 | 03/08/2024 09:11:21 | Blacked Raw | 06/23/2023 | 07/13/2023 | PA0002420356 |
| 65 | 34c9da8af8e8c173c22fcfb22236b3684a69f1cf | 02/19/2024 22:41:13 | Blacked | 09/16/2023 | 10/18/2023 | PA0002435289 |
| 66 | 8F9D3A596AF1C39AAA440D4F826E74D61884670F | 12/28/2023 21:24:14 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 67 | F8CAD854E7DC19B53E674840B5554C76AD455AFB | 12/28/2023 21:24:13 | Tushy | 08/14/2022 | 08/30/2022 | PA0002367744 |
| 68 | 57763A5B3583A13492A671B9919D28555796546C | 12/28/2023 21:23:59 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 69 | B20B838967A81D63C95D7CECED4CD0D3DFD527A3 | 12/28/2023 21:23:37 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 70 | aa40261530936e090c857e98760ba0c55554216e | 10/28/2023 06:32:09 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | 487eee91c83e97edac8a13a01e1df4369cc86187 | 10/26/2023 03:57:56 | Slayed | 06/06/2023 | 07/14/2023 | PA0002427489 |
| 72 | 25b680e1dfd208aa8cda8a74d98948d615d9afc5 | 09/19/2023 01:40:53 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 73 | ED8FFF68BC66458476475739AB007AE9A3F59C12 | 08/11/2023 19:53:47 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |
| 74 | DA4D1FB14B0D687C22D1F223BF2301EF5DE9C2A6 | 08/11/2023 19:50:49 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |